IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANIBAL LOPEZ DIAZ

XXX-XX-9973

Debtor(s)

CASE NO. 12-06797 ESL

Chapter 13

FILED & ENTERED ON 01/18/2013

ORDER

The order entered on January 9, 2013 (Dkt. #29) is hereby vacated and set aside. Debtor's objection to claim #1 (Dkt. #24) and the reply by Coop. A/C Morovena (Dkt. #28) are scheduled for a pretrial to be held on April 5, 2013 at 9:00 a.m.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 18 day of January, 2013.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
MARILYN VALDES ORTEGA
ALEJANDRO OLIVERAS RIVERA
LUIS FRED SALGADO-COOP A/C MOROVENA