IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANIBAL LOPEZ DIAZ

XXX-XX-9973

Debtor(s)

CASE NO. 12-06797 ESL
Chapter 13

FILED & ENTERED ON 01/30/2013

## ORDER GRANTING WITHDRAWAL OF MOTION

Debtor's motion withdrawing (docket entry #33):

    [ ] the motion to dismiss
    [ ] the objection to confirmation
    [x] the objection to claim #1 filed by Coop A/C Morovena (#24)
    [ ] the motion to lift stay
    [ ] the legal representation of

is hereby granted. The hearing scheduled for 4/5/13 is hereby vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30 day of January, 2013.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
MARILYN VALDES ORTEGA
ALEJANDRO OLIVERAS RIVERA
LUIS FRED SALGADO-COOP A/C MOROVENA