IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**ANÍBAL LÓPEZ DÍAZ**<br><br>DEBTORS | CASE NO. 12-06797 (ESL)<br><br>CHAPTER 13 |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

Comes now, Bayview Loan Servicing, LLC ("Bayview"), represented by the undersigned attorney who respectfully prays and states as follows:

1. The undersigned legal counsel have been retained by Bayview, to handle a loan account in the above captioned case, including, but not limited to, authorizing any and all document that shall be filed before this Honorable Court.

2. Accordingly, Bayview respectfully requests that all notices and/or documents filed in regards to the above captioned case be properly served upon the appearing counsels through the CM/ECF system.

**WHEREFORE** appearing party prays that the Clerk of the Court take notice of the appearance of the undersigned law office and to notify them of all proceedings in this case, including but not limited to copies of the petition, schedules, motions and statements filed or to be filed in the above captioned case and further prays that the name and address be added to the Master Address List kept in the above captioned case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of this motion is being sent by first class mail to the Debtor: **ANÍBAL LÓPEZ DÍAZ,** at the address on record: PO Box 6784 Caguas, PR 00726; and to the

authorized addresses through/by the Bankruptcy CM/ECF System to: Debtors' counsel, **ROBERTO FIGUEROA CARRASQUILLO** and to **ALEJANDRO OLIVERAS RIVERA,** Chapter 13 Trustee.

    RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of June, 2014.

        **DELGADO & FERNÁNDEZ, LLP**
        PO Box 11750
        Fernández Juncos Station
        San Juan, Puerto Rico 00910-1750
        ☎ (787) 274-1414
        📠 (787) 764-8241

        **S/MARISTELLA SÁNCHEZ RODRÍGUEZ**
        MARISTELLA SÁNCHEZ RODRÍGUEZ
        USDC-PR #224714
        msanchez@delgadofernandez.com